UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER COLLINS,<br><br>    Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 19-cv-06873-TSH<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the Scheduling Order in this case, Plaintiff Jennifer Collins' motion for summary judgment or remand was due within 28 days of service of Defendant's answer. The government served its answer on December 11, 2019, yet Collins has not filed her motion. Accordingly, the Court **ORDERS** Plaintiff Jennifer Collins to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Collins shall file a declaration by February 11, 2020. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Collins does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: January 21, 2020

THOMAS S. HIXSON
United States Magistrate Judge